UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-02767-SVW-PD                    Date: November 2, 2021

Title  _Charles Dunkentell v. Alex Villanueva, et al.,_

Present: The Honorable:     Patricia Donahue, U.S. Magistrate Judge

| Isabel Martinez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Dismissal

    On March 29, 2021, Plaintiff Charles Dunkentell filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983 alleging that he was physically assaulted in violation of his rights under the Eighth Amendment while he was in custody at the Los Angeles County Men's Central Jail ("LACMCJ"). [Dkt. No. 1 at 5.]  He sues Defendants Los Angeles County Sheriff Alex Villanueva and Los Angeles County Sheriff's Department Deputies Does 1 through 4.  [*Id*. at 3-4.]  Plaintiff alleges that Defendants used excessive force and failed to protect him in violation of his rights under the Eighth Amendment.  [*Id*. at 5.]  He seeks monetary and punitive damages, along with declaratory relief.  [*Id*. at 6.]

    On April 8, 2021, the Court dismissed the Complaint with leave to amend. [Dkt. No. 5.]  The Court ordered Plaintiff to file, no later than May 28, 2021, a First Amended Complaint that corrected the defects identified by the Court in its April 8, 2021 Order.  [*Id*.]  Plaintiff requested and received three extensions of time to file a First Amended Complaint.  [*See* Dkt. Nos. 8, 9, 10, 12, 15, 16.]  Plaintiff's First Amended Complaint was due on October 15, 2021.  [Dkt. No. 16.]  More than two weeks have passed since Plaintiff's First Amended Complaint was due, and Plaintiff has neither filed his First Amended Complaint nor communicated with the Court about his case since August 4, 2021.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:21-cv-02767-SVW-PD                                         Date: November 2, 2021

Title       *Charles Dunkentell v. Alex Villanueva, et al.,*

     Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's August 5, 2021 Order.

     However, in the interests of justice, **Plaintiff is ORDERED TO SHOW CAUSE on or before November 16, 2021**, why the Court should not recommend that this action be dismissed for failure to prosecute.

     Plaintiff may discharge this Order by filing:

     (1) a request setting forth good cause for an extension of time to file a First Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's August 5, 2021 Order; or
     (2) a First Amended Complaint.

     Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A). **The Clerk is directed to provide Plaintiff with a Form CV-09 Notice of Dismissal.**

     Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.

**IT IS SO ORDERED**.

Initials of Preparer           :
                              im